IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:12-CV-00160-RLV-DSC

| | |
|---|---|
| BOLIER & COMPANY, LLC, et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DECCA FURNITURE (USA), INC., et. al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion to Strike and Substitute Motion" (document #67) and "Motion for Extension of Time to Reply …" (document #67-1), both filed March 4, 2013. For the reasons set forth therein, the Motions will be <u>granted</u>. The time for Plaintiffs to file their Reply in support of their Motion for Leave to Supplement and Amend Third Party Counterclaims is extended to March 8, 2013.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: March 4, 2013

David S. Cayer
United States Magistrate Judge