# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
## CIVIL ACTION NO. 5:12-CV-00160

| | |
|---|---|
| BOLIER & COMPANY, LLC and CHRISTIAN G. PLASMAN, | ) ) ) |
| **Plaintiffs,** | ) ) ) |
| v. | ) **ORDER** ) |
| DECCA FURNITURE (USA), INC., DECCA CONTRACT FURNITURE, LLC, RICHARD HERBST, WAI THENG TIN, TSANG C. HUNG, DECCA FURNITURE LTD., DECCA HOSPITALITY FURNISHINGS, LLC, DECCA | ) ) ) ) ) ) |

| | )
---|---
FURNITURE LTD., DONGGUAN DECCA | )
FURNITURE CO. LTD., DARREN | )
HUDGINS, AND DECCA HOME, | )
| )
**Defendants.** | )
| )
| )
v. | )
| )
CHRISTIAN J. PLASMAN A/K/A BARRET PLASMAN | 

**Third-Party Defendant.**

**THIS MATTER** is before the Court regarding text-only orders dated September 5, 2014 finding Decca Furniture (USA), Inc.'s Motion to Dismiss Third-Party Defendant Christian J. Plasman a/k/a Barrett Plasman's Counterclaims (Doc. 38) and Third Party Defendant's Motion for Leave to Supplement and Amend Third Party Counterclaims (Doc. 55) moot. The Court inadvertently issued these orders and they are **STAYED** pending resolution of Plaintiff's Bolier & Company and Christian G. Plasman ("Plasman") Motion and Memorandum in Support of Plaintiffs' Motion to Remand to Catawba County Superior Court filed March 20, 2014. (Docs. 123, 124).

**IT IS, THEREFORE, ORDERED** that the text-only orders dated September 5, 2014 finding Decca Furniture (USA), Inc.'s Motion to Dismiss Third-Party Defendant Christian J. Plasman a/k/a Barrett Plasman's Counterclaims (Doc. 38) and Third Party Defendant's Motion for Leave to Supplement and Amend Third Party Counterclaims (Doc. 55) moot be **STAYED.**

Signed: September 5, 2014

Richard L. Voorhees
United States District Judge